AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
May 03, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Alice Portillo-Viera
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jaime RENTERIA | ) Case No. EP: 21-M- 1060-MAT |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 1st, 2020 - April 9th, 2021__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 963 | Knowingly, intentionally and unlawfully conspired to import into the United States from the Republic of Mexico a quantity of Methamphetamine, to wit; over 50 grams of actual / 500 grams of a mixture of Methamphetamine, a Schedule II Controlled Substance; |
| 21 U.S.C. 952 (a) | Knowingly and intentionally, import into the United States, from the Republic of Mexico, quantity of Methamphetamine, to wit; over 50 grams of actual / 500 grams of a mixture of Methamphetamine, a Schedule II Control Substance; |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Provencio, Task Force Officer HSI
*Printed name and title*

Sworn to telephonically.

Date: 05 /03/2021 at 4:54 p.m.

_____
*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## Defendant Jaime Renteria

In the late evening of February 23, 2021, an individual and co-conspirator ("CC-1") and Deserey Sherri Gonzales ("GONZALES") attempted entry into the United States from the Republic of Mexico via the Paso Del Norte Port of Entry in El Paso, which is located in the Western District of Texas. CC-1 was the driver and registered owner of a white 2005 Chevrolet Silverado, bearing New Mexico license plates. GONZALES was the passenger.

In the early morning of February 24, 2021, during a vehicle inspection, a Customs & Border Protection officer discovered a white crystal-like substance located in a secret compartment inside the gas tank. The white crystal-like substance field-tested positive for the properties of methamphetamine. The total gross weight of the methamphetamine was 20.68 kilograms.

Homeland Security Investigation ("HSI") special agents arrived on the scene. CC-1 was placed under arrest and GONZALES was released pending further investigation.

On February 24, 2021, another HSI special agent learned from New Mexico State Police ("NMSP") officers that GONZALES and another co-conspirator ("CC-2"), GONZALES'S recruiter, had been shot, just south of Albuquerque, New Mexico. GONZALES did not survive but CC-2 did.

On or about March 5, 2021, NMSP investigators interviewed CC-2, who stated that on the night of February 24, 2021, Defendant Jaime Renteria ("RENTERIA") asked him where GONZALES was. CC-2 stated that she (GONZALES) was at a local hotel. CC-2 stated he entered a white Chevy SUV with several other co-conspirators and traveled to GONZALES'S hotel.[1] CC-2 stated when they arrived at the hotel, he exited the vehicle and went to GONZALES' room. CC-2 stated that he told GONZALES to come on, and that several people wanted to speak with her.

CC-2 stated he and GONZALES entered the white Chevrolet and left the hotel. GONZALES and CC-2 were taken to a desolate area, in Los Lunas, New Mexico. CC-2 stated GONZALES was removed from the vehicle and told to turn around and was shot approximately four times in the head. CC-2 was told to exit the vehicle and also ordered to turn around. CC-2 asked the male, whom he identified as "Tio" (RENTERIA), "why me?" RENTERIA said, "it's orders" before shooting CC-2 twice in the back of the head. CC-2 survived.

On March 8, 2021, CC-1 detailed RENTERIA's activities in this drug trafficking conspiracy. According to CC-1, RENTERIA accompanied him/her to Mexico and was responsible for security. Through crossing history, the investigating agents were able to confirm RENTERIA's presence in Mexico from February 20, 2021 through February 23, 2021.

During the investigation, agents identified another co-conspirator ("CC-3"). On April 20, 2021, CC-3 told investigating agents that he/she witnessed the murder of GONZALES and the attempted murder of CC-2. According to CC-3, the attack was ordered because the leader of the drug trafficking organization believed that CC-1, GONZALES, and CC-2 stole the methamphetamine that was seized by U.S. law enforcement. Additionally, CC-3 stated that while in Mexico, RENTERIA assisted in loading the methamphetamine into the vehicles.

Based on the foregoing, your affiant asserts that sufficient evidence exists to establish probable cause that beginning on or about April 1, 2020 and through April 9, 2021, RENTERIA agreed with CC-1, CC-2, CC-

---

[1] These co-conspirators are not referenced elsewhere in this affidavit, are distinct from other referenced conspirators, and as such, will not be provided "CC" monikers.

3, and others to unlawfully import a controlled substance, to wit: over 50 grams of actual methamphetamine, into the United States from Mexico, in violation of Title 21, United States Code, Sections 963 and 952(a).