**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-21-CR-0725-DB-5** |
| | § | |
| **JAIME RENTERIA-FERNANDEZ,** | § | |
| **Defendant.** | § | |

# DEFENDANT'S SECOND AMENDED MOTION FOR LAPTOP POSSESSION AND USE AND APPROVAL OF DATA MILL EXPENSES

Defendant Jaime Renteria-Fernandez requests an order permitting him to possess and use a secure laptop at the Otero County Detention Facility to review discovery and assist counsel, and approving $375.00 in CJA expenses plus actual, documented shipping to and from El Paso. This second amended motion submits Data Mill Inc.'s September 5, 2026, proposal as Exhibit A and replaces the prior vendor estimate.

## I. Procedural background and scope of amendment

Defendant filed the original laptop motion on August 13, 2026 (ECF No. 661), and an amended motion with a vendor estimate on August 25, 2026 (ECF Nos. 663 and 663-1).

Defendant renews and incorporates the grounds for laptop access stated in ECF No. 663, pages 1–3. This amendment updates the vendor, cost, loading arrangements, and return of the laptop. The Government's opposition to the original request appears in ECF No. 662; Defendant does not represent that the Government has agreed to the revised proposal.

## II. Revised vendor and estimate

Following consultation with Circuit CJA Case Budgeting Attorney Margaret Alverson, counsel selected Data Mill on August 28, 2026. Data Mill reports that a laptop and storage drive are available through its program and that no additional hardware purchase is needed. Its

September 5 proposal, reference P00368_LT163, replaces the MaJillo estimate previously submitted as ECF No. 663-1.

Data Mill quotes $300.00 for laptop preparation, including security configuration and performance testing, and $75.00 for loading the case materials. The total service charge is $375.00. The loading quote was based on the estimate of 84.81 GB and 4,889 files communicated in the September 2 correspondence.

Data Mill will load the materials provided by counsel, test access, and supply an Excel file manifest. It estimates preparation within two working days after receipt of the case materials. The laptop will be returned to Data Mill at the conclusion of the case for reuse through the program.

Shipping will be billed at actual cost with receipts. The proposal's reference to recent shipments costing approximately $40.00 is an example, not a fixed price or a round-trip total. Defendant requests approval of actual, documented outbound and return shipping in addition to the $375.00 service charge.

**III. Continued need and proposed safeguards**

The existing motion describes extensive electronic discovery, including reports, recorded interviews, jail calls, photographs, and other audio and video files. ECF No. 663 at 2. Defendant seeks access to review these materials between attorney visits so he can identify items and questions for discussion with counsel. Counsel will continue to advise Defendant and direct defense preparation.

Defendant renews the security conditions proposed in ECF No. 663 at 3 and in the proposed order accompanying that filing, including:

- No internet access or Wi-Fi capability; cameras and microphones disabled.

- Password protection and separate profiles for Defendant, defense counsel, and the administrator, with Defendant limited to the inmate profile.
- Review-only access to the approved materials, with no ability to create, modify, or delete files.
- USB ports disabled during Defendant's use; counsel may temporarily enable them to load additional materials and must disable them before returning the laptop.
- Inspection by the U.S. Marshals Service and detention-facility staff for security compliance, while preserving the requested protections for defense work product and passwords.

Any transfer and loading of discovery will remain subject to the protective order, ECF No. 599. The attached vendor proposal supplies the technical and pricing arrangements; Defendant requests that the Court's order govern access, inspections, and protection of privileged material.

**IV. Relief requested**

Defendant respectfully requests that the Court permit possession and use of the secured laptop under the proposed conditions and authorize $375.00 in CJA expenses payable to Data Mill, plus actual shipping to and from El Paso supported by receipts. A proposed order addressing both access and funding is submitted separately.

Respectfully submitted,

Valenzuela Law Firm
701 Magoffin Avenue
El Paso, Texas 79901
(915) 209-2719
(915) 493-2404 fax

By: /s/ Felix Valenzuela
State Bar No. 24076745
felix@valenzuela-law.com

Joe Aureliano Spencer, Jr.
1009 Montana Ave
El Paso, TX 79902-5411
(915) 532-5562
State Bar No. 18921800
joe@joespencerlaw.com

Damian Rasmussen
4621 Pershing Drive
El Paso, Texas 79903-1017
(915) 440-7785
State Bar No. 24110952
damian@damianrasmussenlaw.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 9, 2026, I efiled the foregoing with the CM/ECF system which will send notice to all parties.

/s/ Felix Valenzuela

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-21-CR-0725-DB-5** |
| | § | |
| **JAIME RENTERIA-FERNANDEZ,** | § | |
| **Defendant.** | § | |

**PROPOSED ORDER GRANTING SECOND AMENDED LAPTOP MOTION AND APPROVING DATA MILL EXPENSES**

The Court has considered Defendant Jaime Renteria-Fernandez's Second Amended Motion for Laptop Possession and Use and Approval of Data Mill Expenses, the attached Data Mill proposal dated September 5, 2026, and the Government's response. The motion is GRANTED subject to the following conditions.

The United States Marshals Service and the Otero County Detention Facility shall permit Defendant to possess and use a laptop computer with appropriate charging cables for discovery review and preparation of his defense, subject to this Order.

**1. Funding and return of equipment**

Appointed counsel is authorized to incur $375.00 in CJA expenses payable to Data Mill Inc., consisting of $300.00 for laptop preparation and $75.00 for case-material loading, plus actual shipping to and from El Paso supported by receipts. This authorization is based on Data Mill proposal P00368_LT163. The laptop and storage drive are available through the program; no additional hardware purchase is authorized. Counsel shall arrange return of the laptop to Data Mill upon completion of the case.

**2. Password protection and configuration**

The laptop shall be password-protected and include separate profiles for Defendant, defense counsel, and the administrator. Defendant shall have access only to the inmate profile.

**3. Restrictions on use**

The laptop shall have no internet access, Wi-Fi capability, active camera, or active microphone. Defendant's access shall be limited to review of approved audio, video, images, and documents. Defendant shall not be able to create, edit, or delete files.

USB ports shall be disabled while the laptop is in Defendant's possession. Defense counsel may temporarily enable the ports solely to load additional materials and shall disable them before returning the laptop to Defendant.

**4. Security inspections**

Before delivery to Defendant, the laptop shall be submitted to the U.S. Marshals Service and/or detention-facility staff to confirm compliance with this Order and reasonable security requirements. Periodic inspections thereafter shall be limited to confirming that unauthorized modifications or uses have not occurred.

**5. Discovery and investigative materials**

Government discovery may be loaded onto the laptop. Defense counsel may also load investigative materials relevant to the defense. Such defense materials shall retain applicable work-product protections and shall not be accessible to the Government. Any disclosure to a vendor and loading of discovery shall comply with the protective order, ECF No. 599, including its recipient and acknowledgment requirements.

**6. Passwords and privileged material**

Defendant shall not be compelled to disclose passwords or unlock laptop contents to anyone other than defense counsel or members of the defense team. Detention-facility personnel and the U.S. Marshals Service may request that Defendant log into the inmate profile solely to

confirm compliance with this Order. Security inspections shall preserve privileged communications and defense work product.

**7. Revocation of access**

A violation of these conditions or other reasonable conditions imposed by the U.S. Marshals Service or detention facility may result in revocation of Defendant's access to the laptop.

**SO ORDERED**.

Signed and entered on this _______day of ____________________ 2026.

______________________________
**DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**