**Data Mill Inc.**

Data Mill Inc.
c/o Dave Damo
3 Elrod Drive
West Nyack, NY 10994

914-584-0389

ddamo@datamilltech.com

http://www.datamilltech.com

# Proposal for US_Fernandez Laptop Preparation

This proposal pertains to the laptop provided for Mr. Valenzuela's client for case review.

**Data Mill Reference:** P00368_LT163.

**Proposal Date:** Saturday, September 5th, 2026.

**Brief Overview:** A laptop will be prepared for Mr. Jamie Renteria Fernandez. The case number is EP-21-CR-00725 (DB).

The security considerations follow the best practices

**Workflow:** The general workflow will comprise

1. Hardware. Mr. Alan Nelson, Budgeting Director for the Second Circuit, has authorized a machine and storage drive for Mr. Fernandez. Inventory is available at this time, and no additional hardware needs to be purchased.
2. Machine Preparation. The laptop will receive a fresh copy of MS Windows and case review software. All hardware, firmware, operating system and software configurations will be applied to meet security requirements for detention centers.
3. Case Material. Data Mill will provide secured FTP access for Mr. Valenzuela to upload the material. The material will be loaded on the machine and tested for access, security requirements and ease of use. Data Mill will provide a manifest in MS Excel form of all the files provided to assure that the material was loaded correctly.
4. Deployment. Depending on the requirements, Data Mill will ship the laptop via FedEx.
5. Follow-Up Support. Data Mill will be available for any technical support as needed. (Note: Case material and workflow support still resides with the attorney).
6. Supplemental Material. In the event supplemental material needs to be uploaded, Data Mill will assist.
7. Return. Upon full completion of the case, the laptop will be mailed back to Data Mill. The defendant may use the machine through trial, sentencing, appeals, etc.

While not required, the USAO often prefers to examine the machine for case material and proper security measures before being dispatched to the target detention center. The IT department of the detention center will also test the machine for proper security considerations. Should there be any additional security requirements, Data Mill will assist.

**Fees:** Data Mill's standard fees for laptop preparation will be:

- $300.00 for the laptop preparation. All security, configuration and performance testing will be done.
- $75.00 for material loading.
- Shipping will be at-cost. A receipt will be provided. As an estimate, recent shipments to Texas and Georgia came in around $40.

**Timeframe:** Upon receipt of the case material, a laptop can be prepared in two working days.

**Questions:** If there are any questions or need additional details, please let me know.

Thank you.

Sincerely,

Dave Damo